United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Atlantic Golf Management Corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-1028147 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 489 Forest Hills Parkway | 1505 Oxford Lane |
| Number    Street | Number    Street |
| | P.O. Box |
| Bayville    NJ    08721 | Wall    NJ    07719 |
| City    State    ZIP Code | City    State    ZIP Code |
| Ocean County | **Location of principal assets, if different from principal place of business** |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **Atlantic Golf Management Corporation**   Case number (*if known*)_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**7992** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |

| Debtor | Atlantic Golf Management Corporation | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number    Street

_____

_____  _____  _____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor  Atlantic Golf Management Corporation  Case number (*if known*) _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/30/2025
             MM / DD / YYYY

✘ /s/ Harry Leonard                              Harry Leonard
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Valerie Palma DeLuisi                      Date  01/30/2025
Signature of attorney for debtor                        MM / DD / YYYY

Valerie Palma DeLuisi
Printed name

Law Offices of Nicholas J. Palma, Esq., P.C.
Firm name

1425 Broad Street
Number    Street

Clifton                                          NJ         07013
City                                             State      ZIP Code

9734711121                                       vpd@palmalawfirm.com
Contact phone                                    Email address

161182015                                        NJ
Bar number                                       State

ADP
400 Covina Blvd.
San Dimas, CA 91773

Alice Distributors
1 Ocala Court
Freehold, NJ 07728

Allied Fire & Safety
517 Green Grove Road
PO Box 607
Neptune, NJ 07754

AmeriHealth New Jersey
PO Box 42555
Philadelphia, PA 19101

APEX Funding
3050 Biscayne Boulevard
Suite 502
Miami, FL 33137

Atlas Welding
808 Pine Brook Road
Lakewood, NJ 08701

Birdies Tap and Tavern
489 Forest Hills Parkway
Bayville, NJ 08721

Blue Star Capital
19 Tulip Street
Cranford, NJ 07016

Capytal
1545 Route 202
Suite 203
Pomona, NY 10970

Charlie McCague
130 Maple Ave.
Suite EB-2
Red Bank, NJ 07701

Core Funding Source, LLC
8549 Wilshire Blvd.
Suite 852
Beverly Hills, CA 90211

DeLisa Demolition, Inc.
Services 101 Commerce Drive
Neptune, NJ 07753

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0038

DLL Finance, LLC
8001 Birchwood Court
Johnston, IA 50131

Edward Beach
10 Royal Drive
Brick, NJ 08723

Elavon
PO Box 9599
Knoxville, TN 37920

Ershowsky Verstanding, PLLC
290 Central Ave.
Lawrence, NY 11559

Finch Turf
9 Venture Way
Sykesville, MD 21784

ForeUp Golf Software
1064 N. County Blvd.
Suite 260
Pleasant Grove, UT 84062

Globe Petroleum
9 Central Ave.
Red Bank, NJ 07701

Golf Car Specialties
3363 W. Ridge Pike
Pottstown, PA 19464

Grass Roots Turf Products, Inc.
4 Middlebury Blvd.
Suite 7
Randolph, NJ 07869

Gregg Holland
1 Ocala Court
Freehold, NJ 07728

Griffith-Allied Trucking Allied Oil
PO Box 392
Manville, NJ 08835

Harold Leonard
1505 Oxford Lane
Belmar, NJ 07719

Hart Fueling Services
PO Box 69483
Baltimore, MD 21264

Headway Capital, LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Horizon
PO Box 10138
Newark, NJ 07101

iLend Advance, LLC
333 Pearsall Ave.
Cedarhurst, NY 11516

JCP&L
PO Box 16001
Reading, PA 19612-6001

John To Go
21 Van Natta Drive
Ringwood, NJ 07456

Kevin Curley
4049 Grassmere Lane
Dallas, TX 75225

Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143

Lowe's Business Acct/SYNCB
PO Box 669824
Dallas, TX 75266-0781

Lyon Collection Services, Inc.
7924 West Sahara Avenue
Las Vegas, NV 89117

Maggs, McDermott & DiCicco, LLC
3349 Highway 138
Bldg C, Suite D
Belmar, NJ 07719

Marshall Stephen W. Biegel
109 West 38th Street
Suite 200
New York, NY 10018

Maurice Wutscher, LLP
5 Walter Foran Blvd.
Flemington, NJ 08822

Merchant Advocate
89 Hudson Street
Suite 404
Hoboken, NJ 07030

Mitchell Products
1205 West Main Street
Millville, NJ 08332

Napa Auto Parts/Van Wickle Auto Supply
201 Highway 71
Spring Lake, NJ 07762

NJ Dept. of Environmental Protection
c/o Dept. of Treasury
PO Box 417
Trenton, NJ 08846-0417

NJ E-Z Pass
PO Box 4971
Trenton, NJ 08650

NJSGA
3 Golf Drive
Suite 206
Kenilworth, NJ 07033

Ocean County Superior Court
100 Hooper Avenue
1st Floor
Toms River, NJ 08754

Optimum
111 Stewart Avenue
ATTN: Shared Services
Bethpage, NY 11714

Paychex of New York, LLC
30 Knightsbridge Road
Building 5
Piscataway, NJ 08854

RBS - Fence
PO Box 735008
Dallas, TX 75373-5008

Richard J. Pagnotta, Marshall, City of NY
1920 86th Street
Suite 2R
Brooklyn, NY 11214

Roberts Electronics & Security
919 Highway 33
Suite 36
Freehold, NJ 07728-8454

Safeguard
PO Box 340
Sharon, MA 02067

Sean F. Byrnes, Esq.
195 E. Bergen Place
Red Bank, NJ 07701

Selective Insurance
PO Box 158
Burlington, NJ 08016-0158

Stark & Stark
100 American Metro Blvd.
Trenton, NJ 08619

State of New Jersey
Dept. of Labor and Workforce Development
PO Box 389
Trenton, NJ 08625-0389

State of New Jersey
3 John Fitch Way
Trenton, NJ 08611

State of NJ Dept of Community Affairs
PO Box 663
ATTN: DCA BFCE-DORES
Trenton, NJ 08646-0663

Stephen Nicholas
14 Heathcote Road
Scarsdale, NY 10583

The Hartford
PO Box 660916
Dallas, TX 75266-0916

Township of Berkeley
627 Pinewald Keswick Road
PO Box B
Bayville, NJ 08721

Township of Wall Utilities
2700 Allaire Road
Wall, NJ 07719-1168

Tucker Albin & Associates, Inc.
1702 Collins Blvd.
Suite 100
Richardson, TX 75080

Twin Rocks Water
1985 Swathmore Ave.
Unit #8
Lakewood, NJ 08701

Verizon
PO Box 16801
Newark, NJ 07101-6801

Vincent Marra
559 Carolina Ave.
Brick, NJ 08724

Walter Peter Ragan, Esq.
3100 Route 138 West
Brinley Plaza Building 1
Belmar, NJ 07719

Wildco Pes
440 Harvey Road
Manchester, NH 03103

Willow's Bend
PO Box 1344
Belle Mead, NJ 08502

Yamaha
3362 momentum Place
Chicago, IL 60689

United States Bankruptcy Court
District of New Jersey

In re: Atlantic Golf Management Corporation

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/30/2025

/s/ Harry Leonard
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

In re  Atlantic Golf Management Corporation

Case No. _____

**Debtor**

Chapter  11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 35,000.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 495.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

One Voluntary Petition, one set of Schedules, negotiation with creditors, appearance at one Meeting of Creditors and one Confirmation Hearing (if applicable).

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Amendments to Schedules, motion practice of any kind, adversary proceedings, depositions of client and/or appearance at additional Meetings of Creditors

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 01/30/2025 | /s/ Valerie Palma DeLuisi, 161182015 |
| *Date* | *Signature of Attorney* |
| | Law Offices of Nicholas J. Palma, Esq., P.C. |
| | *Name of law firm* |
| | 1425 Broad Street |
| | Clifton, NJ 07013 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Atlantic Golf Management Corporation

United States Bankruptcy Court for the: District of New Jersey

Case number (*If known*): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2025          ✗ /s/ Harry Leonard
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 Harry Leonard
                                 Printed name

                                 President
                                 Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: Atlantic Golf Management Corporation

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Edward Beach<br>10 Royal Drive<br>Brick, NJ, 08723 | | Monies Loaned / Advanced | | | | 2,050,000.00 |
| 2 | Charlie McCague<br>130 Maple Ave.<br>Suite EB-2<br>Red Bank, NJ, 07701 | | Monies Loaned / Advanced | | | | 425,000.00 |
| 3 | Blue Star Capital<br>19 Tulip Street<br>Cranford, NJ, 07016 | | Monies Loaned / Advanced | | | | 325,000.00 |
| 4 | Stephen Nicholas<br>14 Heathcote Road<br>Scarsdale, NY, 10583 | | Monies Loaned / Advanced | | | | 225,000.00 |
| 5 | Grass Roots Turf Products, Inc.<br>4 Middlebury Blvd.<br>Suite 7<br>Randolph, NJ, 07869 | | Suppliers or Vendors | | | | 90,989.40 |
| 6 | Vincent Marra<br>559 Carolina Ave.<br>Brick, NJ, 08724 | | Monies Loaned / Advanced | | | | 75,000.00 |
| 7 | Kevin Curley<br>4049 Grassmere Lane<br>Dallas, TX, 75225 | | Monies Loaned / Advanced | | | | 72,000.00 |
| 8 | JCP&L<br>PO Box 16001<br>Reading, PA, 19612-6001 | | Utility Services | | | | 65,551.90 |

| Debtor | Atlantic Golf Management Corporation | Case number (*if known*) | | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Alice Distributors<br>1 Ocala Court<br>Freehold, NJ, 07728 | | Suppliers or Vendors | | | | 60,000.00 |
| 10 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH, 45999-0038 | | Taxes & Other Government Units | | | | 32,526.71 |
| 11 | Gregg Holland<br>1 Ocala Court<br>Freehold, NJ, 07728 | | Monies Loaned / Advanced | | | | 30,000.00 |
| 12 | Selective Insurance<br>PO Box 158<br>Burlington, NJ, 08016-0158 | | Insurance | | | | 23,894.00 |
| 13 | Headway Capital, LLC<br>4700 W. Daybreak Pkwy<br>Suite 200<br>South Jordan, UT, 84009 | | Unsecured Loan Repayments | | | | 23,144.55 |
| 14 | Township of Wall Utilities<br>2700 Allaire Road<br>Wall, NJ, 07719-1168 | | Utility Services | | | | 14,915.58 |
| 15 | Township of Berkeley<br>627 Pinewald Keswick Road<br>PO Box B<br>Bayville, NJ, 08721 | | Taxes & Other Government Units | | | | 14,000.00 |
| 16 | The Hartford<br>PO Box 660916<br>Dallas, TX, 75266-0916 | | Insurance | | | | 13,749.42 |
| 17 | State of NJ Dept of Community Affairs<br>PO Box 663<br>ATTN: DCA BFCE-DORES<br>Trenton, NJ, 08646-0663 | | Taxes & Other Government Units | | | | 7,901.50 |
| 18 | AmeriHealth New Jersey<br>PO Box 42555<br>Philadelphia, PA, 19101 | | Contributions to employee benefits | | | | 7,824.24 |
| 19 | RBS - Fence<br>PO Box 735008<br>Dallas, TX, 75373-5008 | | Services | | | | 7,310.04 |
| 20 | State of New Jersey<br>Dept. of Labor and Workforce Development<br>PO Box 389<br>Trenton, NJ, 08625-0389 | | Taxes & Other Government Units | | | | 6,950.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2